■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BLAIR GARNER, Appellant. [714 NYS2d 225] —Appeals by the defendant from (1) a judgment of the County Court, Nassau County (Goodman, J.), rendered April 18, 1997, convicting him of criminal possession of a weapon in the third degree under Indictment No. 92816, upon a jury verdict, and imposing sentence, and (2) an amended judgment of the same court (Boklan, J.), rendered May 27, 1997, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of criminal sale of a controlled substance in the fifth degree, under S.C.I. No. 83023.

Ordered that the judgment and the amended judgment are affirmed.

The defendant's waiver of his right to a prompt arraignment was voluntary (*see, People v Ortlieb,* 84 NY2d 989; *People v Baker,* 208 AD2d 758). In any event, under the circumstances

of this case, the delay in arraignment was warranted (*see, People v Hopkins,* 58 NY2d 1079; *People v Faison,* 265 AD2d 422; *People v Marshall,* 244 AD2d 508; *People v Marinelli,* 238 AD2d 525; *People v Quartieri,* 171 AD2d 889).

The defendant's sentence is not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. O'Brien, J. P., Thompson, Altman and Friedmann, JJ., concur.